UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                    :

MATIAS ERAUSQUIN, et al.,                09 Civ. 7846 (WHP)
                                    :

               Plaintiffs,                ORDER
                                    :

          -against-

                                    :
NOTZ, STUCKI MANAGEMENT
(BERMUDA) LIMITED, et al.,            :

              Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/10
```

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on November 23, 2010, the following schedule is established by the Court:

(1) Plaintiffs shall file their amended class action complaint (the "Complaint") on November 24, 2010 under seal and a copy of the Complaint on the public docket with the grid in paragraph 46 redacted;

(2) In the event UBS (Luxembourg) S.A. ("UBS") intends to pursue its claim that the grid in paragraph 46 should remain redacted, it shall file its motion to maintain those redactions, in a brief not exceeding 5 pages, by December 7, 2010. Plaintiffs shall file any opposition, in a brief not exceeding 5 pages, by December 14, 2010. UBS (Luxembourg) S.A. shall file a reply (if any) of no more than 2 pages, by December 21, 2010. The Court will take the application on submission;

-2-

(3) In the event UBS decides not to pursue its claim and no other party raises a confidentiality objection to the Complaint, the unredacted Complaint will be unsealed on December 7, 2010.

Dated: November 24, 2010
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record*