# EXHIBIT A



avocats au barreau de genève

Maurice Harari
LL.M. New York Univ.

David Lachat

Pierre Martin-Achard

Matteo Pedrazzini

Jacques-André Schneider
Docteur en Droit

Julie Vaisy

Anne Troillet Maxwell
LL.M. Toronto

Laurent Baeriswyl
D.E.S. Etudes Européennes

Delphine Zarb
LL.M. London School of Economics
Spécialiste FSA droit de la
construction et de l'immobilier

Véronique Meichtry
Lic. Sciences Politiques

Pierre Bydzovsky

Maximilien Lucker

Pascal Giorgis

Robert Ayrton

Lydia Orcel

Alexia Raetzo

Raphaël Jakob
Avocats-stagiaires

# CURRICULUM VITAE

## Maurice HARARI

I am an attorney at law, admitted to the Bar of Geneva and a senior partner in the firm LHA AVOCATS, 100 rue du Rhône, 1204 Geneva, Switzerland (Website: www.lha.ch).

My field of activity and expertise relates to criminal law, criminal procedure, international criminal law (in particular white collar crime and mutual assistance) and also to arbitration and private arbitration law.

I was born May 21, 1947 in Cairo, Egypt. I am a Swiss citizen. I am a graduate at the University of Lausanne (Licence en droit, 1970) and New York University (LL.M. 1974). I was a student in the SJD program at Harvard School of Law in 1975/1976. I was admitted to the Bar of Geneva in 1973.

After my return from the United States, from 1976 to early 1978, I worked as a lawyer in the office of Raymond Nicolet, a prominent criminal lawyer in Geneva. From then on, I served in the Geneva Judiciary from February 1978 to September 30, 1990.

I served first as a prosecutor with the Geneva district attorney from February 1978 to December 1980 and was then elected as an investigating magistrate from 1981 to July 1985. Thereafter I was elected as a judge at the Tribunal de première instance de Genève. In that capacity I handled civil cases, and also presided in the Chambre d'Accusation and the Tribunal de Police, dealing with criminal cases.

While serving as a judge, I handled several criminal and civil cases with international implications. In the civil cases, the Hague Convention on gathering of evidence was applied.

I have sat on several Expert Committees on the Federal and cantonal level for the drafting of new laws or revision of existing statutes.

In the recent years, I have published extensively in several fields, related to criminal law, and mutual assistance in criminal matters. The list of my publications is available upon request.

rue du Rhône 100
CP 3403
1211 Genève 3

t +4122 819 15 15
f +4122 819 15 20
info@lha.ch
www.lha.ch



My most recent publication appeared in 2010 following a colloquium held in Lausanne on September 4, 2009.

After having participated on several occasions to teaching courses at the University of Geneva, I have been appointed in 2001 as a Lecturer at the University of Fribourg where I still teach the international criminal law.

I am a member of the Swiss Bar Association, the Geneva Bar Association, the Swiss Society of Criminal law and listed *in "Who's who legal, Business Crime Defence 2010"*.

I am also an alternate Judge at the Geneva Cour de Cassation pénale, which is the Supreme cantonal Court for criminal matters.

———————————

Maurice HARARI
24.01.2011

2