# EXHIBIT B

# ZPO
# CPC
# CPC
# CCP

Schweizerische Zivilprozessordnung
Code de procédure civile suisse
Codice di diritto processuale civile svizzero
Swiss Code of Civil Procedure

Herausgeber  Editeur  Editore  Editor
**Prof. Dr. Iur. Stephen V. Berti**
Rechtsanwalt
Ordinarius für Zivilverfahrensrecht und Zivilrecht
an der Universität Luzern;
Titularprofessor an der Universität Fribourg;
Lehrbeauftragter an der Universität Zürich

Helbing Lichtenhahn Verlag

**TEXTO** spezial Gesetzesausgabe

## Inhaltsübersicht   Sommaire
## Sommario   Summary

|   |   |   |
|---|---|---|
|   | Abkürzungen | VII |
|   | Abréviations | IX |
|   | Abbreviazioni | XI |
|   | Abbreviations | XIII |
|   | Einleitung | XV |
|   | Introduction | XIX |
|   | Introduzione | XXIII |
|   | Introduction | XXVII |
| 1 | Schweizerische Zivilprozessordnung vom 19. Dezember 2008 (ZPO) | 1 |
|   | Sachregister | 129 |
| 2 | Code de procédure civile suisse du 19 décembre 2008 (CPC) | 177 |
|   | Index | 301 |
| 3 | Codice di diritto processuale civile svizzero del 19 dicembre 2008 (CPC) | 351 |
|   | Indice | 475 |
| 4 | Swiss Code of Civil Procedure of 19th December 2008 (CCP) (Translation: Prof. Dr. iur. Stephen V. Berti) | 523 |

V

---

Dies ist keine amtliche Veröffentlichung.
Massgebend ist allein die Veröffentlichung durch die Bundeskanzlei.

Ceci n'est pas une publication officielle.
Seule la publication opérée par la Chancellerie fédérale fait foi.

Il presente documento non è una pubblicazione ufficiale.
Fa unicamente fede la pubblicazione della Cancelleria federale.

English is not an official language of the Swiss Confederation.
The english translation of the CCP is provided for information purposes only and has no legal force.

Gerne nehmen wir Ihre Anregungen, Hinweise und Kritik unter folgender Adresse entgegen / Vous pouvez nous envoyer vos suggestions, commentaires ou critiques à l'adresse suivante / Eventuali suggerimenti, commenti o critiche possono essere inviati al seguente indirizzo / Suggestions, comments and criticism are welcome at the following address:

texto@helbing.ch

*Bibliografische Information der Deutschen Nationalbibliothek*
Die Deutsche Nationalbibliothek verzeichnet diese Publikation in der Deutschen Nationalbibliografie; detaillierte bibliografische Daten sind im Internet über http://dnb.d-nb.de abrufbar.

Alle Rechte vorbehalten. Dieses Werk ist weltweit urheberrechtlich geschützt. Insbesondere das Recht, das Werk mittels irgendeines Mediums (grafisch, technisch, elektronisch und/oder digital, einschliesslich Fotokopie und downloading) teilweise oder ganz zu vervielfältigen, vorzutragen, zu verbreiten, zu bearbeiten, zu übersetzen, zu übertragen oder zu speichern, liegt ausschliesslich beim Verlag. Jede Verwertung in den genannten oder in anderen als den gesetzlich zugelassenen Fällen bedarf deshalb der vorherigen schriftlichen Einwilligung des Verlags.

© 2009 Helbing Lichtenhahn Verlag, Basel

ISBN 978-3-7190-2900-5

www.helbing.ch

| | |
|---|---|
| PartG | Bundesgesetz vom 18. Juni 2004 über die eingetragene Partnerschaft gleichgeschlechtlicher Paare (Partnerschaftsgesetz; SR 211.231) |
| PatG | Bundesgesetz vom 25. Juni 1954 über die Erfindungspatente (Patentgesetz; SR 232.14) |
| s. | siehe |
| s.a. | siehe auch |
| SchKG | Bundesgesetz vom 11. April 1889 über Schuldbetreibung und Konkurs (SR 281.1) |
| SR | Systematische Rechtssammlung des Bundesrechts |
| StGB | Schweizerisches Strafgesetzbuch vom 21. Dezember 1937 (SR 311.0) |
| SVG | Strassenverkehrsgesetz vom 19. Dezember 1937 (SR 741.01) |
| SZZP | Schweizerische Zeitschrift für Zivilprozessrecht |
| vgl. | vergleichen Sie |
| ZGB | Schweizerisches Zivilgesetzbuch vom 10. Dezember 1907 (SR 210) |
| Ziff. | Ziffer |
| ZPO | Schweizerische Zivilprozessordnung vom 19. Dezember 2008 (Zivilprozessordnung; SR 272) |
| ZSR | Zeitschrift für Schweizerisches Recht |

VIII

## Abréviations

| | |
|---|---|
| al. | alinéa |
| art. | article |
| CC | Code civil suisse du 10 décembre 1907 (RS 210) |
| CEDH | Convention du 4 novembre 1950 de sauvegarde des droits de l'homme et des libertés fondamentales (RS 0.101) |
| cf. | confer |
| ch. | chiffre |
| chap. | chapitre |
| CO | Loi fédérale du 30 mars 1911 complétant le code civil suisse (Livre cinquième: Droit des obligations; RS 220) |
| CP | Code pénal suisse du 21 décembre 1937 (RS 311.0) |
| CPC | Code de procédure civile du 19 décembre 2008 (RS 272) |
| Cst. | Constitution fédérale de la Confédération suisse du 18 avril 1999 |
| FF | Feuille fédérale |
| LCR | Loi fédérale du 19 décembre 1958 sur la circulation routière (RS 741.01) |
| LDIP | Loi fédérale du 18 décembre 1987 sur le droit international privé (RS 291) |
| LEg | Loi fédérale du 24 mars 1995 sur l'égalité entre femmes et hommes (Loi sur l'égalité; RS 151.1) |
| let. | lettre |
| LFLP | Loi fédérale du 17 décembre 1993 sur le libre passage dans la prévoyance professionnelle vieillesse, survivants et invalidité (Loi sur le libre passage; RS 831.42) |
| LP | Loi fédérale du 11 avril 1889 sur la poursuite pour dettes et la faillite (RS 281.1) |
| LPart | Loi fédérale du 18 juin 2004 sur le partenariat enregistré entre personnes du même sexe (Loi sur le partenariat; RS 211.231) |
| LPP | Loi fédérale du 25 juin 1982 sur la prévoyance professionnelle vieillesse, survivants et invalidité (RS 831.40) |
| LRCN | Loi fédérale du 18 mars 1983 sur la responsabilité civile en matière nucléaire (RS 732.44); Loi fédérale du 13 juin 2008 sur la responsabilité civile en matière nucléaire |
| op. cit. | opere citato |
| p. | page |
| PPE | propriété/propriétaires par étages |

IX

| | |
|---|---|
| pag. | pagina |
| RDS | Rivista di diritto svizzero |
| RS | Raccolta sistematica del diritto federale |
| RSPC | Rivista svizzera di procedura civile |
| RU | Raccolta ufficiale delle leggi federali |
| s. | seguente |
| v. | vedi |

## Abbreviations

| | |
|---|---|
| art. | article |
| AS | Amtliche Sammlung des Bundesrechts, Official Compilation of Federal Legislation |
| BBl | Bundesblatt, Official Federal Gazette |
| CC | Swiss Civil Code of 10th December 1907 (SR 210) |
| CCP | Swiss Code of Civil Procedure of 19th December 2008 (SR 272) |
| CO | Swiss Code of Obligations of 30th march 1911 (SR 220) [Bundesgesetz vom 30. März 1911 betreffend die Ergänzung des Schweizerischen Zivilgesetzbuches (Fünfter Teil: Obligationenrecht)] |
| Convention | European Human Rights Convention of 4th November 1950 (SR 0.101) |
| DEB | Debt Enforcement and Bankruptcy Act of 11th April 1889 (SR 281.1) |
| lit. | litera |
| no. | number |
| PA | Partnership Act of 18th June 2004 (SR 211.231) |
| para. | paragraph |
| PC | Swiss Penal Code of 21th December 1937 (SR 311.0) |
| SR | Systematische Rechtssammlung des Bundesrechts, Classified Compilation of Federal Legislation |
| TA | Traffic Act of 19th December 1958 (SR 741.01) |

# Introduction to the English translation

It is not infrequent that a code of civil procedure is enacted in Switzerland: the 26 Cantons hitherto empowered to legislate in this domain since the Federal Constitution of 1848 have done so numerous times. What is *new* this time is that the Code of Civil Procedure enacted by the Swiss Parliament on 19th December 2008 and expected to enter into force on 1st January 2011 will be the first *unified* code of civil procedure to apply to proceedings before the cantonal civil courts.

In my inofficial translation, based on the official German, French and Italian versions also published in this book, I have adhered as closely as possible to the wording used by the legislator, whilst mindful that there are functions of Swiss procedural law which might be comprehensible to an English-speaking reader only if they are functionally described. I hope that my text will assist them in understanding the new law, and also be helpful for non-English speaking colleagues who are used to working in German, French or Italian and have occasion to explain the essence of Swiss law in English.

Any comments or queries are welcome (stephen.berti@unilu.ch).

Sent, 27th April 2009

Stephen V. Berti

XXVII

# 4 Swiss Code of Civil Procedure (CCP)

19th December 2008

Translation: Prof. Dr. iur. Stephen V. Berti

Indice

Vizio di volontà

– presa in considerazione delle prove già esperite e non più ripetibili 51 cpv. 2
– scoperta dopo la chiusura del procedimento 51 cpv. 3, *v. anche Revisione*

**Vizio di volontà** 284, 328 cpv. 1 lit. c

**Volontaria giurisdizione** 1 lit. b, 19, 248 lit. e, 255 lit. b, 256 cpv. 2

# Summary

|  |  | Art. |
|---|---|---|
| **Part 1:** | **General provisions** | 1–196 |
| Title 1: | Object and scope of application | 1–3 |
| Title 2: | Jurisdiction of the courts and incapacity to act as a judge | 4–51 |
| Chapter 1: | Jurisdiction *ratione materiae* | 4–8 |
| Chapter 2: | Jurisdiction *ratione loci* | 9–46 |
| Section 1: | General provisions | 9–19 |
| Section 2: | Law of persons | 20–22 |
| Section 3: | Family law | 23–27 |
| Section 4: | Inheritance law | 28 |
| Section 5: | Law of things | 29–30 |
| Section 6: | Actions arising out of contract | 31–35 |
| Section 7: | Actions in tort | 36–39 |
| Section 8: | Commercial law | 40–45 |
| Section 9: | Debt enforcement and bankruptcy | 46 |
| Chapter 3: | Incapacity to act as a judge | 47–51 |
| Title 3: | Procedural principles and conditions for rendering a judgment on the merits | 52–61 |
| Chapter 1: | Procedural principles | 52–58 |
| Chapter 2: | Conditions for rendering a judgment on the merits | 59–61 |
| Title 4: | Seisure of the court and consequences of the withdrawal of the action | 62–65 |
| Title 5: | Parties and involvement of third parties | 66–83 |
| Chapter 1: | Capacity to be a party and capacity to litigate | 66–67 |

| | | | |
|---|---|---|---|
| Chapter 2: | Representation of the parties | | 68–69 |
| Chapter 3: | Joinder of parties | | 70–72 |
| Chapter 4: | Intervention | | 73–77 |
| Section 1: | Confrontational intervention | | 73 |
| Section 2: | Intervener | | 74–77 |
| Chapter 5: | Involvement of third parties | | 78–82 |
| Section 1: | Third party notice | | 78–80 |
| Section 2: | Third party action | | 81–82 |
| Chapter 6: | Substitution of parties | | 83 |
| Title 6: | Types of action | | 84–90 |
| Title 7: | Litigious value | | 91–94 |
| Title 8: | Costs of the proceedings and legal aid | | 95–123 |
| Chapter 1: | Costs of the proceedings | | 95–103 |
| Chapter 2: | Determination and collection of costs | | 104–112 |
| Chapter 3: | Special rules relating to costs | | 113–116 |
| Chapter 4: | Legal aid | | 117–123 |
| Title 9: | Conduct of the proceedings, procedural acts and time limits | | 124–149 |
| Chapter 1: | Conduct of the proceedings | | 124–128 |
| Chapter 2: | Forms of procedural acts | | 129–141 |
| Section 1: | Language of the proceedings | | 129 |
| Section 2: | Submissions to the court | | 130–132 |
| Section 3: | Summons to appear in court | | 133–135 |
| Section 4: | Service of court documents | | 136–141 |
| Chapter 3: | Time limits, default and reinstatement | | 142–149 |
| Section 1: | Time limits | | 142–146 |
| Section 2: | Default and reinstatement | | 147–149 |
| Title 10: | Evidence | | 150–193 |
| Chapter 1: | General Provisions | | 150–159 |
| Chapter 2: | Duty to cooperate and right to refuse to cooperate | | 160–167 |
| Section 1: | General provisions | | 160–162 |
| Section 2: | Parties' right to refuse to cooperate | | 163–164 |
| Section 3: | Third parties' right to refuse to cooperate | | 165–167 |
| Chapter 3: | Means of evidence | | 168–193 |
| Section 1: | Admissible means of evidence | | 168 |
| Section 2: | Witness testimony | | 169–176 |
| Section 3: | Documents | | 177–180 |
| Section 4: | Inspection | | 181–182 |
| Section 5: | Expert opinion | | 183–189 |
| Section 6: | Written information | | 190 |
| Section 7: | Party testimony and testimony given under oath | | 191–193 |
| Title 11: | Judicial assistance between Swiss courts | | 194–196 |
| Part 2: | **Special provisions** | | 197–352 |
| Title 1: | Conciliation attempt | | 197–212 |
| Chapter 1: | Applicability and conciliation authorities | | 197–201 |
| Chapter 2: | Conciliation proceedings | | 202–207 |
| Chapter 3: | Agreement between the parties and leave to bring the action | | 208–209 |
| Chapter 4: | Judgment proposal and judgment | | 210–212 |
| Title 2: | Mediation | | 213–218 |
| Title 3: | Ordinary proceedings | | 219–242 |
| Chapter 1: | Scope of application | | 219 |

| | | |
|---|---|---|
| Chapter 2: | Exchange of written submissions and preparations for the hearing | 220–227 |
| Chapter 3: | The main hearing | 228–234 |
| Chapter 4: | Record | 235 |
| Chapter 5: | Judgment | 236–240 |
| Chapter 6: | Termination of the proceedings without judgment | 241–242 |
| Title 4: | Simplified proceedings | 243–247 |
| Title 5: | Summary proceedings | 248–270 |
| Chapter 1: | Scope of application | 248–251 |
| Chapter 2: | Procedure and decision | 252–256 |
| Chapter 3: | Legal protection in clear cut cases | 257 |
| Chapter 4: | General prohibition orders | 258–260 |
| Chapter 5: | Provisional measures and preventive statement of defence | 261–270 |
| Section 1: | Provisional measures | 261–269 |
| Section 2: | Preventive statement of defence | 270 |
| Title 6: | Special matrimonial law proceedings | 271–294 |
| Chapter 1: | Matters subject to summary proceedings | 271–273 |
| Chapter 2: | Divorce proceedings | 274–294 |
| Section 1: | General Provisions | 274–284 |
| Section 2: | Joint divorce petition | 285–289 |
| Section 3: | Divorce action | 290–293 |
| Section 4: | Actions for the annulment and the separation of a marriage | 294 |
| Title 7: | Childrens' interests in family law matters | 295–304 |
| Chapter 1: | General provisions | 295–296 |
| Chapter 2: | Matrimonial proceedings | 297–301 |
| Chapter 3: | Matters to which summary proceedings apply | 302 |
| Chapter 4: | Maintenance actions and paternity suits | 303–304 |
| Title 8: | Proceedings relating to registered partnerships | 305–307 |
| Chapter 1: | Summary proceedings | 305–306 |
| Chapter 2: | Dissolution and invalidity of the registered partnership | 307 |
| Title 9: | Forms of Appeal | 308–334 |
| Chapter 1: | Principal form of appeal | 308–318 |
| Section 1: | Appealable decisions and grounds for appeal | 308–310 |
| Section 2: | Statement of appeal, answer to the appeal and cross appeal | 311–314 |
| Section 3: | Effects of the appeal and appeal procedure | 315–318 |
| Chapter 2: | Subsidiary form of appeal | 319–327 |
| Chapter 3: | Reopening the proceedings | 328–333 |
| Chapter 4: | Interpretation and rectification | 334 |
| Title 10: | Enforcement | 335–352 |
| Chapter 1: | Enforcement of judgments | 335–346 |
| Chapter 2: | Enforcement of notarised deeds | 347–352 |
| Part 3: | Arbitration | 353–399 |
| Title 1: | General provisions | 353–356 |
| Title 2: | The arbitration agreement | 357–359 |
| Title 3: | Constitution of the arbitral tribunal | 360–366 |
| Title 4: | Challenge, removal and replacement of the members of the arbitral tribunal | 367–371 |

| | | |
|---|---|---|
| Title 5: | The arbitral proceedings | 372–380 |
| Title 6: | Award | 381–388 |
| Title 7: | Remedies against the award | 389–399 |
| | Chapter 1: Appeals | 389–395 |
| | Chapter 2: Reopening the proceedings | 396–399 |
| **Part 4:** | **Final provisions** | 400–408 |
| Title 1: | Implementation | 400–401 |
| Title 2: | Amendment of Acts | 402–403 |
| Title 3: | Intertemporal provisions | 404–407 |
| Title 4: | Referendum and entry into force | 408 |

# Swiss Code of Civil Procedure (CCP)

of 19th December 2008*

The Federal Parliament of the Swiss Confederation,

based on article 122 Paragraph 1 of the Federal Constitution[1], having noted the contents of the message of the Federal Council of 28th June 2006[2],

*herewith enacts:*

## Part 1: General provisions

## Title 1: Object and scope of application

**Art. 1   Object**

This Code governs proceedings before cantonal courts relating to:

a. contentious civil cases;
b. court orders in non-contentious civil matters;
c. court proceedings in connection with debt enforcement and bankruptcy matters;
d. arbitration.

**Art. 2   International matters**

The provisions of international treaties and of the Private International Law Act of 18th December 1987[3] are reserved.

**Art. 3   Organisation of the courts and conciliation authorities**

Where the law does not otherwise provide, the organisation of the courts and the conciliation authorities is governed by cantonal law.

---

[1] SR 101
[2] BBl 2006 7221
[3] SR 291
* English is not an official language of the Swiss Confederation. This translation is provided for information purposes only and has no legal force.